JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON E. ROBINSON, | Case No. **CV 14-8312-JFW (MRWx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES COUNTY PROBATION DEPARTMENT; JERRY E. POWERS; DARLYNE PETTINICCHIO; ERIC NEWBY; MARGARITA E. PEREZ; and REAVER BINGHAM, | |
| Defendants. | |

The Court, having granted Defendant Jerry E. Powers' Motion to Dismiss all of the claims for relief alleged against him, having granted Defendant Los Angeles County Probation Department's Motion for Summary Judgment, and having granted Defendants Margarita E. Perez, Reaver Bingham, Darlyne Pettinicchio, and Eric Newby's Motion for Summary Judgment,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

/ / /

1. Plaintiff Milton E. Robinson shall recover nothing from any of the named Defendants;

2. Defendants Los Angeles County Probation Department, Jerry E. Powers, Darlyne Pettinicchio, Eric Newby, Margarita E. Perez, and Reaver Bingham shall have judgment in their favor on Plaintiff Milton E. Robinson's entire action; and

3. Defendants shall recover from Plaintiff their costs of suit in the sum of $_____.

Dated: August 27, 2015        _____
                              JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE

2