JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON E. ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a governmental agency; LOS ANGELES COUNTY PROBATION DEPARTMENT, a governmental agency; JERRY E. POWERS, an individual; DARLYNE PETTINICCHIO, an individual; ERIC NEWBY, an individual; MARGARITA E. PEREZ, an individual; REAVER BINGHAM, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | **CASE NO. 14-08312-JFW (MRW)**<br>*Hon. John F. Walter*<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

The motions of defendants Los Angeles County Probation Department, Margarita Perez, Reaver Bingham, Darlyne Pettinicchio, and Eric Newby ("Defendants") for summary judgment [Docket nos. 48-49] were presented to this Court for decision. After consideration of the evidence, separate statements, and the points and authorities submitted the parties, the Court found that there was no genuine issue as to any material fact with respect to all causes of action and that Defendants were entitled to judgment as a matter of law. [Docket nos. 109-110]. The Court, having granted Defendant Jerry E. Powers' Motion to Dismiss all of the claims for relief alleged against him, having granted Defendant Los Angeles County Probation Department's Motion for Summary Judgment, and having granted Defendants Margarita E. Perez, Reaver Bingham, Darlyne Pettinicchio, and Eric Newby's Motion for Summary Judgment,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Milton E. Robinson shall recover nothing from any of the Defendants;

2. Defendants Los Angeles County Probation Department, Jerry E. Powers, Darlyne Pettinicchio, Eric Newby, Margarita E. Perez, and Reaver Bingham shall have judgment in their favor on Plaintiff Milton E. Robinson's entire action; and

3. Defendants Los Angeles County Probation Department, Jerry E. Powers, Darlyne Pettinicchio, Eric Newby, Margarita E. Perez shall recover from Plaintiff their costs of suit in the sum of $ _____.

DATED: December 4, 2015         _____
                                 Honorable John F. Walter
                                 United States District Judge

1

JUDGMENT GRANTING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT